IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08-00142-01-CR-W-SOW |
| ) | |
| JOSHUA P. RANDOLPH, ) | |
| ) | |
| Defendant. ) | |

ORDER

Before this Court is the Report and Recommendation of United States Magistrate Robert E. Larsen regarding defendant's Motion to Suppress Evidence (Doc. #26). The Report and Recommendation of Magistrate Larsen in this case is both thorough and well-reasoned. This Court agrees with the recommendation and sees no reason to comment further. Accordingly, it is hereby

ORDERED that defendant's Motion to Suppress Evidence (Doc. #26) is denied.

    /s/ Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Date:   2/26/2009