IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-0142-01-CR-W-SOW |
| | ) | |
| JOSHUA P. RANDOLPH, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Before this Court are the Report and Recommendation of United States Magistrate Robert E. Larsen regarding defendant Randolph's Renewed Motion to Suppress Illegally Obtained Evidence and Statements (Doc. #54) and defendant Randolph's Objections. The Report and Recommendation of the Magistrate in this case is both thorough and well-reasoned. This Court agrees with this recommendation and sees no reason to comment further. Accordingly, it is hereby

ORDERED that defendant Randolph's Renewed Motion to Suppress Illegally Obtained Evidence and Statements (Doc. #54) is denied.

        /s/ Scott O. Wright
        SCOTT O. WRIGHT
        Senior United States District Judge

Date:  2/4/2010